1  Mark D. Litvack, State Bar No. 183652
   Jeffrey D. Wexler, State Bar No. 132256
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, Suite 2800
3  Los Angeles, CA 90017-5406
   Telephone: (213) 488-7129
4  Facsimile No.: (213) 629-1033
   mark.litvack@pillsburylaw.com
5  jeffrey.wexler@pillsburylaw.com

6  Attorneys for Defendant Particle Media, Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12  MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,

     Case No. 2:20-cv-09363-CAS (AGRx)

     **STIPULATION CONTINUING DEADLINE TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS [LOCAL RULE 8-3]**

14              Plaintiff,

     Complaint Filed: October 12, 2020

15       v.

16  PARTICLE MEDIA, INC., a Delaware Corporation, individually and doing business as "Newsbreak"; and DOES 1-10,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

1  WHEREAS, plaintiff Michael Grecco Productions, Inc., d/b/a "Michael
2  Grecco Photography" ("Plaintiff") initiated this lawsuit by filing a Complaint against
3  defendant Particle Media, Inc., individually and doing business as "Newsbreak"
4  ("Defendant") on October 12, 2020;
5  WHEREAS, Plaintiff served the Complaint on Defendant on October 15,
6  2020;
7  WHEREAS, under Fed. R. Civ. P. 12(a)(1)(B), Plaintiff's answer or other
8  response to the Cross-Complaint was due on November 5, 2020, 21 days after
9  service of the Complaint; and
10  WHEREAS, under Local Rule 8-3 the parties may stipulate to extend by up to
11  a total of 30 days the deadline to respond to the initial complaint without leave of
12  court;
13  IT IS HEREBY STIPULATED that Defendants may have an extension of
14  time of 30 days, from November 5, 2020 to December 7, 2020, to file an answer or
15  other response to the Complaint.

Dated: November 12, 2020

PILLSBURY WINTHROP SHAW PITTMAN LLP
Mark D. Litvack
Jeffrey D. Wexler

By: /s/ *Mark D. Litvack*
Mark D. Litvack, Attorneys for Defendant
Particle Media, Inc., individually and
doing business as "Newsbreak"

4852-5793-0281

| | |
|---|---|
| 1 | |
| 2 | DONIGER / BURROUGHS<br>Stephen M. Doniger<br>Scott Alan Burroughs<br>Frank Gregory Casella |
| 3 | |
| 4 | |
| 5 | By:   /s/ Stephen M. Doniger<br>          Stephen M. Doniger, Attorneys for<br>          Michael Grecco Productions, Inc. d/b/a<br>          "Michael Grecco Photography" |
| 6 | |
| 7 | |

3