Name and address:
Mark D. Litvack, State Bar No. 183652
Jeffrey D. Wexler, State Bar No. 132256
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033
mark.litvack@pillsburylaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL GRECCOPRODUCTIONS, INC.<br><br>v.<br><br>PARTICLE MEDIA, INC., et. al. | CASE NUMBER:<br>2:20-cv-09363-CAS (AGRx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |
|---|---|
| PLAINTIFF(S) / DEFENDANT(S) | |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Mark D. Litvack         CA Bar Number: 183652

Firm or agency: PILLSBURY WINTHROP SHAW PITTMAN LLP

Address: 725 South Figueroa Street, Suite 2800 Los Angeles, CA 90017-5406

Telephone Number: (213) 488-7100      Fax Number: (213) 629-1033

E-mail: mark.litvack@pillsburylaw.com

Counsel of record for the following party or parties: PARTICLE MEDIA, INC., et. al.

Other members of the same firm or agency also seeking to withdraw: Jeffrey D. Wexler, State Bar No. 132256
jeffrey.wexler@pillsburylaw.com

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Zheng "Andy" Liu     CA Bar Number: 279327

Firm or agency: Aptum Law

Address: 750 Alam Lane #8244 Foster City, CA 94404

Telephone Number: (650) 475-6289     Fax Number: (510) 987-8411

E-mail: Andy.Liu@AptumLaw.us

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 12/01/2020     Signature: /s/ Mark D. Litvack

Name: Mark D. Litvack

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 11/29/2020     Signature: /s/ Zheng "Andy" Liu

Name: Zheng "Andy" Liu

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 11/29/2020     Signature: /s/ Yiyi Jin

Name: Yiyi Jin

Title: General Counsel of Particle Media Inc.