UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-9363-CAS(AGRx) | Date | March 8, 2021 |
|---|---|---|---|
| Title | *MICHAEL GRECCO PRODUCTIONS, INC. v. PARTICLE MEDIA, INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Doniger | Andy Liu |

**Proceedings:** TELEPHONE SCHEDULING CONFERENCE

Hearing held by telephone and counsel are present. The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: June 1, 2021;
Settlement Completion Cutoff: July 30, 2021;
Factual Discovery Cut-off: November 1, 2021;
Last Day to File Motions: November 12, 2021;
Expert Discovery Cut-off: November 15, 2021;
Status Conference re: Settlement **(11:00 A.M.)**: **August 9, 2021**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): January 10, 2022;**
and Jury Trial **(9:30 A.M.): February 1, 2022.**

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto. Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

|  | 00 | : | 14 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |