JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARTICLE MEDIA, INC., a Delaware Corporation, individually and doing business as "Newsbreak"; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:20-cv-09363-CAS-AGRx<br>*Hon. Christian A. Snyder Presiding*<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE |

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and

/ / /

/ / /

/ / /

- 1 -

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

<u>SO ORDERED.</u>

Dated: August 26, 2021          By: _____
                                    HON. CHRISTINA A. SNYDER
                                    UNITED STATES DISTRICT JUDGE

- 2 -

[PROPOSED] ORDER